IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02011-WDM-MEH

MICHAEL J. EVANS AND
ELIZABETH EVANS,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

---

## NOTICE OF DISMISSAL OF UIM CLAIM

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the Plaintiffs' claim for Underinsured Motorist benefits only, is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 21, 2009

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge