IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02011-WDM-MEH

MICHAEL J. EVANS and
ELIZABETH EVANS,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2010.**

The Joint Motion to Modify Scheduling Order [filed January 26, 2010; docket #15] is **granted**. The deadlines in this matter are reset as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures | March 8, 2010 |
| Defendant's Expert Disclosures | April 5, 2010 |
| Plaintiffs' Rebuttal Disclosures | May 3, 2010 |
| Discovery Cut-off | May 14, 2010 |
| Dispositive Motion Deadline | June 8, 2010 |