IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02011-WDM-MEH

MICHAEL J. EVANS and
ELIZABETH EVANS,

      Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,

      Defendant.

## AMENDED MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2010.**

The Joint Motion to Modify the Current Modified Scheduling Order [filed February 12, 2010; docket #21] is **granted in part** and **denied without prejudice** in part. The Motion is granted to the extent that the Settlement Conference set for March 16, 2010 is **vacated** and a Motions Hearing is set in its place, as described below. The Motion is denied without prejudice in all other respects. The Court will address the parties' requests for extensions of deadlines at the hearing on March 16, 2010. The hearing set by this Court's previous minute order for March 2, 2010, is hereby **vacated**.

Pending before the Court is Defendant's Motion for Protective Order [filed February 9, 2010; docket #19] and Plaintiffs' Motion to Compel [filed February 15, 2010; docket #22]. A Motions Hearing is hereby set regarding these matters for **March 16, 2010**, at **10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.