IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-02011-WDM-MEH | Date: March 16, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| MICHAEL J. EVANS and<br>ELIZABETH EVANS, | William Babich |
| Plaintiffs, | |
| vs. | |
| HARTFORD FIRE INSURANCE COMPANY, | Geoffrey Race |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:** 10:04 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding the pending motions set for hearing today and the current modified Scheduling Order.

**ORDERED:** As stated on the record, the Court enters the following rulings on the pending motions set for hearing today and the modified Scheduling Order:

- Defendant Hartford Fire Insurance Company's Motion for Protective Order (Doc. #19, filed 2/9/10) is GRANTED in part and DENIED without prejudice in part, subject to additional information to be provided by each party as discussed on the record.

- The Joint Motion to Modify the Current Modified Scheduling Order (Doc. #21, filed 2/12/10) was granted in part and denied in part on February 16, 2010 (Doc. #26). Counsel are directed to submit a proposed Order to the Court for approval and signature by **March 18, 2010.**

- Plaintiffs' Motion to Compel regarding Defendant's Disclosures, Responses to Interrogatories, and Requests for Production of Documents (Doc. #22, filed 2/15/10) is GRANTED in part and DENIED in part, subject to additional information to be provided by each party as discussed on the record.

**ORDERED:**  A Telephonic Status Conference is set for **April 2, 2010, at 9:30 a.m.** to discuss the status of discovery.  Counsel are directed to first conference together and then contact Chambers at (303)844-4507 at the designated time.

**Court in recess:**     **12:14 p.m.  (Hearing concluded)**
**Total time in court:**  2:10