IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02011-WDM-MEH

MICHAEL J. EVANS and
ELIZABETH EVANS,

      Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2010.**

Plaintiffs' unopposed Motion for Approval of the Proposed Joint Modified Scheduling Order [filed May 24, 2010; docket #79] is **granted in part** and **denied in part** as follows. Absent a showing of exceptional cause, the Court declines to entertain any further request for extensions of time, in consideration of the date this case was filed and Judge Miller's scheduling procedures.

Defendant's production of documents as ordered by the Court was due on or before May 21, 2010;

The depositions as discussed on the record shall be completed on or before **July 30, 2010**;

Initial Expert Disclosures are due on or before **July 30, 2010**;

Rebuttal Expert Disclosures are due on or before **August 16, 2010**;

The discovery deadline is extended up to and including **August 31, 2010**;

The parties agree to participate in a Settlement Conference with Judge William Neighbors of Judicial Arbiter Group (JAG) on **September 1, 2010**; and

The dispositive motions deadline is extended up to and including **September 15, 2010**.

The Final Pretrial Conference set for November 9, 2010, is **vacated** and **rescheduled** to **December 15, 2010**, at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the court's website at www.cod.uscourts.gov.**

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C. Colo. LCivR 83.2B.