IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02011-WDM-MEH

MICHAEL J. EVANS and
ELIZABETH EVANS,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2010.**

    The Joint Motion to Stay Depositions and Scheduling Deadlines, Pending Mediation, and for Forthwith Determination [filed July 8, 2010; docket #95] is **granted** as follows. This matter is **stayed** through the Status Conference hereby **scheduled** for **August 5, 2010**, at **10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    If the parties file a Notice of Settlement before the August 5, 2010 Status Conference, the Court will vacate the conference. If the parties do not settle this matter before the August 5, 2010 Status Conference, the parties shall be prepared to discuss the progress of discovery as well as a briefing schedule for the pending discovery motions. (Dockets ##83, 85, 93.)

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.