IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 09-cv-02011-WDM-MEH | **FTR – Courtroom C203** |
| **Date:** September 13, 2010 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| MICHAEL J. EVANS and<br>ELIZABETH EVANS, | William Babich |
| Plaintiffs, | |
| v. | |
| HARTFORD FIRE INSURANCE COMPANY, | Geoffrey Race |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:** 1:38 p.m.

The Court calls case. Appearances of counsel.

Discussion regarding the status of the Settlement Agreement.

1:47 p.m.   Off the record to discuss confidential terms of the Settlement Agreement.
1:50 p.m.   On the record.

**ORDERED:** 1. The following motions are **DENIED** as moot without prejudice to refiling the motions, in the event the parties are unable to close the settlement as is currently proposed: Defendant's Motion to Compel Responses to its Interrogatories and Request for Production of Documents Submitted to Plaintiff, Michael J. Evans (Doc. #83, filed 6/10/10); Plaintiffs' Motion to Compel re: Depositions (Doc. #85, filed 6/15/10); Motion for Protective Order (Doc. #93, filed 7/7/10); and Plaintiffs' Motion for Order to Allow Completion of Deposition (Doc. #99, filed 7/29/10).

2. Counsel shall file a Stipulated Motion to Dismiss on or before **September 27, 2010.**

**Court in recess:**   1:53 p.m.   (Hearing concluded)
Total time in court:   0:12